# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **NORMAN RAY COPLEN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. CIV-23-992-G |
| ) | |
| **MICHAEL ELROY et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Plaintiff Norman Ray Coplen, a state prisoner appearing pro se, filed this federal civil rights action on November 2, 2023. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Amanda Maxfield Green for preliminary review.

Plaintiff filed his Amended Complaint (Doc. No. 7) on April 27, 2023, identifying four defendants. On February 5, 2024, Judge Green issued a Report and Recommendation (Doc. No. 10) recommending that certain of Plaintiff's claims be dismissed on screening. In the Report and Recommendation, Judge Green advised Plaintiff of his right to object on or before February 26, 2024. Judge Green also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation.

As of this date, Plaintiff has not submitted an objection to the Report and Recommendation or sought leave for additional time to do so.

## CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 10) is ADOPTED in its

entirety, as follows:

- Plaintiff's claims against Defendants Brandy Monahan and the Stephens County Jail are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1).

- Plaintiff's claims against Defendants Michael Elroy and Matthew Purnell in their official capacities are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1).

- Plaintiff's claims against Defendants Elroy and Purnell in their individual capacities remain pending for disposition.

This matter remains referred to Judge Green in accordance with the previous referral order.

IT IS SO ORDERED this 3rd day of April, 2024.

_____
CHARLES B. GOODWIN
United States District Judge